384 A.2d 593

**Noel Tancred ESCOFIL, Appellant,**

v.

**COMMONWEALTH of Pennsylvania.**

**No. 575.**

Supreme Court of Pennsylvania.

Argued April 12, 1978.

Decided April 14, 1978.

Noel Tancred Escofil, I.P.P., for appellant.

Robert Kane, Atty. Gen., R. Scott, Shearer, Robert E. Casey, Harrisburg, State Treasurer, for appellee.

Before EAGEN, C. J., and O'BRIEN, POMEROY, NIX and LARSEN, JJ.

OPINION

PER CURIAM.

The order of the Commonwealth Court is vacated and the record is remanded to that court with directions to proceed to hear the appeal on the merits.  *Cf. Commonwealth v. N. Barsky and Sons*, 476 Pa. 13, 381 A.2d 842 (1978).

ROBERTS and MANDERINO, JJ., did not participate in the consideration or decision of this case.